David J. Kaminski, *appearing pro hac vice* (CA SBN 128509)
kaminskid@cmtlaw.com
J. Grace Felipe, *appearing pro hac vice* (CA SBN 190893)
felipeg@cmtlaw.com
**CARLSON & MESSER LLP**
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
Telephone: (310) 242-2200

Attorneys for Defendant,
AARGON AGENCY, INC. (incorrectly named as Aargon Collection Agency)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHEKEMA VERACRUZ, individually and on behalf of all others similarly situated <br><br> Plaintiff, <br><br> -against- <br><br> AARGON COLLECTION AGENCY, <br><br> Defendant. | Case No: 2:18-cv-00718-RFB-PAL <br><br> **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)** <br><br> Hon. Richard F. Boulware, II <br> United States District Court Judge <br><br> Complaint filed:     April 20, 2018 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SHEKEMA VERACRUZ and Defendant AARGON COLLECTION AGENCY hereby stipulate to the Plaintiff's dismissal of her individual claims with prejudice and the putative class members' claims without prejudice, each party to bear its own costs.

Respectfully submitted,

///
///
///
///

{00107092;1}/09383.20                          - 1 -

1  **IT IS SO STIPULATED.**

2

3  Dated: January 8, 2019              **MARCUS ZELMAN, LLC**

4

5                                     By:   /s/ Yitzchak Zelman, Esq.
                                           Yitzchak Zelman, Esq.
6                                          Attorneys for Plaintiff,
                                           SHEKEMA VERACRUZ,
7                                          *individually and on behalf of all others
                                           similarly situated*

8

9  Dated: January 8, 2019              **CARLSON & MESSER LLP**

10

11                                    By:   /s/ David J. Kaminski
                                           David J. Kaminski
12                                         J. Grace Felipe
                                           Attorneys for Defendant,
13                                         AARGON AGENCY, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27  {00107092;1}/09383.20                    - 2 -

28

## ATTESTATION AND CERTIFICATE OF SERVICE

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the **STIPULATION TO DISMISS ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)**, Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Stipulation to Dismiss Entire Action, with prejudice, Pursuant to FRCP a1(a)(1), provided their authority and concurrence to file that document.


Dated:  January 8, 2019                    s/ David J. Kaminski
                                           David J. Kaminski

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

SHEKEMA VERACRUZ, individually and on behalf of all others similarly situated

Plaintiff,

-against-

AARGON COLLECTION AGENCY,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: 2:18-cv-00718-RFB-PAL

**[PROPOSEDI ORDER GRANTING STIPULATION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)**

Hon. Richard F. Boulware, II
United States District Court Judge

Complaint filed:    April 20, 2018

The Court has reviewed the Stipulation to Dismiss of Plaintiff SHEKEMA VERACRUZ and Defendant Aargon Collection Agency. Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

IT IS SO ORDERED

Dated: January 9, 2019. 

Hon. Richard F. Boulware, II
UNITED STATES DISTRICT JUDGE

{00107035;1}/09383.20                          - 1 -

[PROPOSED] ORDER GRANTING
STIPULATION TO DISMISS CASE
Case No.: 2:18-cv-00718-RFB-PAL